IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02258-EWN-CBS

DONALD O. BRADY,
    Plaintiff,
v.

HEAD OF MEDICAL AT BUENA VISTA, DOUG ROBERTS, and
PHYSICIANS ASSISTANT, MRS. BLACKMORE,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Brady's letter (filed March 14, 2008) (doc. # 17) (docketed by the Clerk of the Court as "Motion Requesting an Order to the Department of Corrections"). Pursuant to the Order of Reference dated February 27, 2008 (doc. # 14) and the memorandum dated March 14, 2008 (doc. # 18), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Brady's motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Brady asks the court to order the Colorado Department of Corrections to "debit my inmate bank account each month to satisfy the filing fee . . . ." Pursuant to the court's November 27, 2007 "Order Allowing Plaintiff Leave to Proceed Without Payment of an Initial Partial Filing Fee" (doc. # 5), the responsibility remains with Mr. Brady for ensuring that monthly filing fee payments are made or for demonstrating why

1

a payment cannot be made.  This is the standard practice of the U.S. District Court for the District of Colorado in all prisoner cases.  Mr. Brady must monitor his own financial resources and comply with the applicable rules and regulations existing at the facility where he is incarcerated to meet his monthly filing fee obligations.  Mr. Brady must make the required monthly payments or show cause each month by filing a certified copy of his inmate trust account statement to show that he has no assets and no means by which to make the monthly filing fee payment.  Accordingly,

IT IS ORDERED that Mr. Brady's letter (filed March 14, 2008) (doc. # 17) (docketed by the Clerk of the Court as "Motion Requesting an Order to the Department of Corrections") is DENIED.

DATED at Denver, Colorado, this 17th day of March, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge