IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02258–EWN–CBS

DONALD O. BRADY,

    Plaintiff,

v.

HEAD OF MEDICAL AT BUENA VISTA, DOUG ROBERTS and,
PHYSICIANS ASSISTANT MRS. BLACKMORE,

    Defendants.

---

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 16, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendant Roberts' "Motion to Dismiss" (#24, filed April 25, 2008) is GRANTED.

3. Any claim for money damages brought against Defendants' in their official capacities under § 1983 are DISMISSED with prejudice for lack of subject matter jurisdiction as barred by the Eleventh Amendment.

4. Defendant Roberts is DISMISSED from this civil action for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

5. Defendant Blackmore is DISMISSED from this civil action pursuant to Rule 4(m) for failure to effect service and pursuant to D.C. COLO. L.R. 41.1 for failure to prosecute.

6. No Defendants or claim are remaining, therefore this action is DISMISSED in its entirety.

DATED this 15th day of October, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge